## MARTIN FLANNIGAN *v.* COMMONWEALTH OF KENTUCKY.

**Appeal—Reversal—Sufficiency of Evidence.**

The Court of Appeals has no power to reverse a judgment upon a conviction for a felony on the ground that it is contrary to the evidence.

### APPEAL FROM McCRACKEN CIRCUIT COURT.

January 10, 1873.

OPINION BY JUDGE PRYOR:

This court has no power to reverse a judgment upon a conviction for a felony because it is against the evidence. There are no instructions in the record and, the indictment being good, the judgment must stand.

Judgment *affirmed*.

*T. H. Burke, for appellant.*

*Attorney General, for appellee.*